# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ALVAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARRIAGA ,<br><br>　　　　Defendant. | CASE NO. 2:20-cv-00632-PA (SK)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the complaint is dismissed without leave to amend, and this action is dismissed with prejudice.

DATED: March 12, 2020　　　　　　　_____
　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE